IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Owen Todd Nelson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>　　　　Defendants. | No. CV-20-01053-PHX-ESW<br><br>**ORDER** |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation recommending that the Court dismiss without prejudice Plaintiff's First Amended Complaint. (Doc. 9.) Having reviewed the Report and Recommendation, the Court hereby adopts the Magistrate Judge's recommendation.

**I.　LEGAL STANDARD**

When reviewing a Magistrate Judge's Report and Recommendation, the Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States

Dist. Court, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendation, a party waives its right to challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's legal conclusions. Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**II.   DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**III.   CONCLUSION**

Accordingly,

**IT IS HEREBY ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 9.)

**IT IS FURTHER ORDERED dismissing without prejudice** Plaintiff's First Amended Complaint (Doc. 8) and **directing** the Clerk of the Court to terminate this case.

Dated this 24th day of November, 2020.

_____
Honorable Stephen M. McNamee
Senior United States District Judge